UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 OCT 15 PM 3:50

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JUAN ROQUE-POLANCO,<br><br>                    Defendant. | CASE NO. 13CR2689-MMA<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) as charged in the Indictment/Information:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/15/2013

Michael M. Anello
U.S. District Judge